UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY GELLATLY and CEARA NARIO-REDMOND, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>DDR CORP.,<br><br>        Defendant. | Case No. 1:17-cv-00147-BR |

## NOTICE OF SETTLEMENT

Plaintiffs, EMILY GELLATLY and CEARA NARIO-REDMOND, and Defendant, DDR CORP., inform the Court that they have reached a settlement in this matter, pursuant to which the Plaintiff is required to dismiss the action, with prejudice. The Parties are in the process of preparing settlement documents and respectfully request a thirty (30) day enlargement of all deadlines in order to circulate, negotiate and execute the settlement documents and dismiss this action with prejudice.

Respectfully submitted on September 6, 2018.

| | |
|---|---|
| */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet<br>Carlson Lynch Sweet Kilpela &<br>Carpenter, LLP<br>1133 Penn Ave., 5th Floor<br>Pittsburgh, PA 15222<br><br>*Attorneys for Plaintiffs* | */s/ Emily B. Thomas*<br>Emily B. Thomas (PA 203454)<br>Baker & Hostetler LLP<br>1801 California Street, Suite 4400<br>Denver, CO 80202-2662<br>T: (303) 764-4096<br>F: (303) 861-7805<br>ethomas@bakerlaw.com<br><br>*Attorney for Defendant* |