# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY GELLATLY and CEARA NARIO-REDMOND, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>DDR CORP.,<br><br>        Defendant. | Case No. 1:17-cv-00147-BR<br><br>**FILED ELECTRONICALLY** |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION
## WITH PREJUDICE

Plaintiffs Emily Gellatly and Ceara Nario-Redmond (collectively, "Plaintiffs"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismiss the above entitled action in its entirety and with prejudice as between Plaintiffs and Defendant DDR Corp., with each party to bear its own costs.

No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: November 9, 2018                        Respectfully Submitted,

                                                     */s/ Benjamin J. Sweet*
                                                     Benjamin J. Sweet
                                                     bsweet@carlsonlynch.com
                                                     **CARLSON LYNCH SWEET**
                                                     **KILPELA & CARPENTER, LLP**
                                                     1133 Penn Ave., 5th Floor
                                                     Pittsburgh, PA 15222
                                                     T: (412) 253-6359
                                                     F: (412) 231-0246

                                                     *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on November 9, 2018.

*/s/ Benjamin J. Sweet*